In re FROST. (Supreme Court, Appellate Division, First Department. January 14, 1898.) In the matter of Henry A. Frost. No opinion.

Reference ordered to Mr. Richard W. G. Welling, to take proof of the facts stated in the petition; the referee to report such evidence, with his opinion thereon.